**IN THE UNITED STATES DISTRICT COURT**
**IN THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **EMILIO ENRIQUEZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 2:24-cv-00045 |
| § | |
| **WESTCHESTER SURPLUS LINES** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Emilio Enriquez hereby advises the Court that the parties have settled this matter and are working on the exchange of settlement documentation and funding. The parties request 60 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

Respectfully submitted,

**DALY & BLACK, P.C.**

By:   */s/ Kristina C. Frankel*
Kristina C. Frankel
State Bar No. 24050625
kfrankel@dalyblack.com
Richard D. Daly
State Bar No. 00796429
rdaly@dalyblack.com
2211 Norfolk St., Suite 800
Houston, Texas 77098
713.655.1405—Telephone
713.655.1587—Fax
ecfs@dalyblack.com (service)
**ATTORNEYS FOR PLAINTIFF**

AND

By: */s/ Ramy Elmasri with permission*
Erin Rutherford
Ramey Elmasri
CLAUSEN MILLER P.C
2929 Allen Parkway
American General Center, Ste 200
Houston, TX 77019
Tel: 346-229-4616
erutherford@clausen.com
relmasi@clausen.com
**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2024, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Kristina C. Frankel*
Kristina C. Frankel